DOMINICK FALLACARA, Respondent, v. THE CONEY ISLAND AND BROOKLYN RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

KINGSLEY R. FARNUM, by ALONZO COONS, His Guandian ad Litem, Respondent, v. GARNER PRINT WORKS AND BLEACHERY, Appellant.— Judgment and order reversed, with costs, and complaint unanimously dismissed, with costs, upon the ground that plaintiff's sole remedy is under the Workmen's Compensation Law. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

DANIEL M. GERARD, Respondent, v. CROSS & BROWN COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Kelly, JJ.

ROSIE GOTLER, an Infant, by SAM GOTLER, Her Guardian ad Litem, Appellant, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

SAM GOTLER, Appellant, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

CHARLES F. HOLM, Respondent, v. CATHARINE LORETTA FREEMAN, Appellant.— Order modified by imposing, in addition to the ten dollars costs at Special Term, the entire taxable costs and disbursements of the action, including the costs and necessary disbursements of this appeal, and as so modified affirmed. Jenks, P. J., Mills, Putnam and Blackmar, JJ., concurred; Thomas, J., voted for reversal.

In the Matter of the Application of the CITY OF YONKERS, Appellant, to Acquire Title to Land of AVA L. PEENE, Respondent.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

In the Matter of the Application of MARSHALL O. TERRY, as Executor, etc., of TOOTIE McGREGOR TERRY, Deceased, etc. In the Matter of the Application of FRANK L. HALL, as Executor, etc., of TOOTIE McGREGOR TERRY, Deceased, etc. MARSHALL O. TERRY, Individually and as Executor, etc., and Another, Appellants; FRANK L. HALL, Individually and as Executor, etc., and Another, Respondents.— Reargument ordered, and case set down for Monday, June 10, 1918. Thomas, Mills, Rich and Blackmar, JJ., concurred.